APPORTIONMENT OF HURON COUNTY
BOARD OF SUPERVISORS.

1. COUNTIES—BOARD OF SUPERVISORS—APPORTIONMENT.
    Apportionment plan for county board of supervisors which
    conforms with constitutional requirements is approved for filing
    with the county clerk and secretary of State.

2. ELECTIONS—COUNTIES—BOARD OF SUPERVISORS.
    Candidates for office of supervisor who filed their candidacy under
    an apportionment plan originally filed with county clerk in
    1967, and filed pursuant to filing deadline of July 2, 1968,
    and are otherwise qualified under the laws of this State, shall
    be candidates for the district within which they reside under
    new apportionment plan filed July 2, 1968 (PA 1968, No 153).

3. SAME—CANDIDACY—COUNTY BOARD OF SUPERVISORS—SUFFICIENCY
    OF PETITIONS.
    The sufficiency of petitions and other qualifications for the
    candidacy of office of supervisor under supervisor apportion-
    ment plan filed and approved July 2, 1968, for the 1968
    elections ordered to be controlled by requirements that would
    have been necessary under a plan filed with the county clerk
    in April 1967.

Original statutory action in Court of Appeals to
review apportionment plan. Submitted Division 2
July 1, 1968, at Lansing. (Docket No. 5,750.) De-
cided July 2, 1968.

Petition by Clarence Broomfield for review of ap-
portionment plans for Huron County Board of Su-

REFERENCES FOR POINTS IN HEADNOTES
[1] 25 Am Jur 2d, Elections § 16.
[2, 3] 25 Am Jur 2d, Elections § 170.

pervisors and for new plan conforming with constitutional requirement. Revised and stipulated plan approved.

*Donald R. Clark,* for petitioner.

*John Schubel,* Prosecuting Attorney, for Huron County.

PER CURIAM. In this cause a petition for review of the apportionment plan[1] for the Huron County Board of Supervisors having been filed pursuant to PA 1966, No 261 [MCLA § 46.406 (Stat Ann 1968 Cum Supp § 5.359[6])]; and oral arguments having been presented before this Court on July 1, 1968; and the parties having agreed on the same date to file a new apportionment plan more in conformance with the constitutional requirement for districts of

[1] *HURON*
15 Districts
(Approved by Huron County Board of Supervisors on April 6, 1967).

| District | | | | |
|---|---|---|---|---|
| 5 | 1925 | | Maximum Population Variance Ratio | 1:1.56 |
| 1 | 2026 | | | |
| 3 | 2070 | | | |
| 12 | 2078 | | Minimum Population Electing a Majority | 49.4% |
| 13 | 2099 | | | |
| 11 | 2140 | | | |
| 9 | 2165 | | | |
| 15 | 2282 | | Average Population of District | 2267 Total = 34,006 |
| | | 16,785 or 49.4% | | |
| 2 | 2290 | | | |
| 8 | 2296 | | Deviation of Largest District from Average | 731 or 32.25% Total = 2998 |
| 4 | 2321 | | | |
| 7 | 2359 | | | |
| 10 | 2442 | | | |
| 6 | 2515 | | | |
| 14 | 2998 | | Deviation of Smallest District from Average | 342 or 15.09% Total = 1925 |
| | | 17,221 34,006 | | |

substantially equal population; and the parties having filed such agreed apportionment plan on July 2, 1968; therefore,

It is ordered that the plan adopted and filed with this Court by the Huron County Board of Supervisors on July 2, 1968,[2] be, and the same hereby is, the approved apportionment plan under which elections for the office of county board of supervisors in Huron county shall be conducted for the primary and general elections of 1968, and the approved plan shall be the official apportionment plan for Huron county until the next United States official decennial census figures are available.

It is further ordered that the approved plan shall be filed with the county clerk who shall forthwith file such plan with the secretary of State pursuant to the requirement of PA 1966, No 261.

It is further ordered that those candidates for the office of supervisor who have filed their candidacy

[2] *HURON*
7 Districts
(Adopted by Huron County Board of Supervisors on July 2, 1968).

District
1   4443
2   4475
6   4529
3   4849
    ——  18,296
        or
        53.8%
7   5167
4   5249
5   5294
    ——  15,710
        34,006

| | |
|---|---|
| Maximum Population Variance Ratio | 1:1.19 |
| Minimum Population Electing a Majority | 53.8% |
| Average Population of District | 4858 Total = 34,006 |
| Deviation of Largest District from Average | 436 or 8.97% Total = 5294 |
| Deviation of Smallest District from Average | 415 or 8.54% Total = 4443 |

under the apportionment plan originally filed with the county clerk on April 6, 1967, and filed pursuant to the filing deadline of Enrolled Senate Bill No 23 of the regular session of 1968,[3] and are otherwise qualified under the laws of this State, shall be candidates for the district within which they reside under the plan approved by this Court this day.

It is further ordered that the sufficiency of the petitions and other qualifications for the candidacy of the office of supervisor for the 1968 elections only shall be controlled by the requirements that would have been necessary under the plan filed with the county clerk on April 6, 1967.

This order shall be delivered to the State Reporter and published in the official reports of the Court of Appeals.

LESINSKI, C. J., and J. H. GILLIS and LEVIN, JJ., concurred.

---

[3] PA 1968, No 153.